UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Criminal No. H-23-406 |
| § | |
| RODOLFO HERNANDEZ-MARCHAN § | |
| aka Rodolfo Hernandez § | |
| § | |
| Defendant. § | |

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Warden TDCJ - Gist, 3295 FM 3514, Beaumont, Texas 77705

TO:   United States Marshal, Southern District of Texas or any other duly authorized United States Marshal

GREETINGS:

We command that you have **RODOLFO HERNANDEZ-MARCHAN,** ▮ ▮ **TDCJ: 02440475,** now duly committed to the custody of the Warden of TDCJ - Gist, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Houston, Texas, on the 1ST day of October, 2024, at 02:00 P.M., there and at that time to appear for an initial appearance and any other necessary appearances in the above-styled and numbered case now pending against him in said Court, and after all proceedings have been disposed of, that you return him to the Warden of TDCJ - Gist, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States Magistrate Judge for the Southern District of Texas, and the seal of said Court in the City of Houston, Texas, on this 19th day of September, 2024.

_____
HONORABLE RICHARD W. BENNETT
UNITED STATES MAGISTRATE JUDGE